541 U.S. 1002
 ZAMORA-QUINTANILLA
v.
UNITED STATES.
TINAJERO-REYES, AKA TINAJERO REYES
v.
UNITED STATES.
GARCIA-REYES
v.
UNITED STATES.
GARCIA-CAMACHO
v.
UNITED STATES.
WILLIAMS
v.
UNITED STATES.
VILLARREAL
v.
UNITED STATES and
DE LA CRUZ
v.
UNITED STATES.
 No. 03-9396.
 Supreme Court of United States.
 April 19, 2004.
 
 1
 C. A. 5th Cir. Certiorari denied. Reported below: 82 Fed. Appx. 397 (fourth judgment), 912 (sixth judgment), and 927 (fifth judgment); 83 Fed. Appx. 610 (second judgment); 87 Fed. Appx. 387 (first judgment), 427 (seventh judgment), and 988 (third judgment).